IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FIDELITY & GUARANTY LIFE INSURANCE COMPANY          PLAINTIFF

v.                          CASE NO. 12-2202

JERRI LEANN CLAIRDAY, Individually and
As Personal Representative of the Estate of Linda
Darlene Bell, Deceased, ANGLEA EXLEY; AND,
BRANDI S. MCFARLAND                                 DEFENDANTS

## ORDER FOR DISBURSEMENT OF FUNDS

On this day, this matter came on for consideration on the request for relief set forth in the Complaint for Interpleader and Declaratory Relief filed herein by the Plaintiff, Fidelity & Guaranty Life Insurance Company. It appearing to the Court that the parties have reached a settlement agreement at the Federal Settlement Conference on May 10, 2013, now, through their attorneys of record, have agreed to the entry of this Order, the Court hereby FINDS AND ORDERS the following:

1. This Court has jurisdiction over the parties and the subject matter herein and venue is proper.

2. On December 11, 2012, the Court entered an Order Regarding the Deposit of Funds (Document #8) wherein the Clerk of this Court was to accept a check in the amount of $136,779.87, representing the unpaid policy proceeds at issue in this litigation in the amount of $134,946.10 as of June 4, 2012, plus interest thereon at eight percent (8%) per annum from June 4, 2012, to October 15, 2012, in the amount of $3,933.77.

3. The United States District Court Clerk has confirmed that the check was received and the funds were deposited into an interest bearing account and are being held therein.

4. As of May 14, 2013, the balance of the funds being held by the United States District Court Clerk, Western District of Arkansas is $136,779.87, plus interest.

5. Pursuant to the agreement of the parties and acknowledgement of counsel herein, the Court hereby approves and Orders the following payments by United States District Court Clerk, Western District of Arkansas from the monies being held within the registry of the Court,

- A check made payable to Angela Exley in the amount of $20,000.00;
- A check made payable to Jerri Leann Clairday in the amount of $20,000.00;
- Retention by the United States District Court Clerk, Western District of Arkansas of ten percent (10%) of the interest earned on the deposited funds while in the care, custody and control of the United States District Court Clerk; and
- A check made payable to the "Smith, Cohen & Horan, PLC Trust Account", on behalf of Brandi S. McFarland, in an amount equal to the balance of the funds being held in the registry of the Court.

IT IS SO ORDERED.

_____
Robert T. Dawson, U. S. District Court Judge
Western District of Arkansas

Dated: 5-22-13

AGREED TO BY:

_____
Tim Snively, Attorney for Separate Defendants
Jerri Leann Clairday, Angela Exley &
The Estate of Linda D. Bell

_____
Stephen C. Smith, Attorney for Separate Defendant
Brandi S. McFarland

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 2 2 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk